# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 10, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Jonathan Roberts, et al.
           v. James V. McDonald, Commissioner, New York State
           Department of Health, et al.
           No. 22-757
           (Your No. 22-622)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 8, 2023 and placed on the docket February 10, 2023 as No. 22-757.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Emily Walker
           Case Analyst